FILED: May 7, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-1406
(8:20-cv-03581-ADC)

_____

MICHAEL T. PARKER; PATRICE PARKER

      Plaintiffs - Appellants

and

ALICE MEJIA

      Intervenor/Plaintiff - Appellant

v.

GOLDMAN SACHS MORTGAGE COMPANY LIMITED PARTNERSHIP; NEWREZ LLC, d/b/a Shellpoint Mortgage Servicing

      Defendants - Appellees

---

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the District of Maryland at Baltimore |
| Originating Case Number | 8:20-cv-03581-ADC |
| Date notice of appeal filed in originating court: | 05/04/2024 |
| Appellants | Alice Mejia, Michael T. Parker, Patrice Parker |
| Appellate Case Number | 24-1406 |
| Case Manager | Anisha Walker<br>804-916-2704 |