# UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
## DOCKETING STATEMENT--CIVIL/AGENCY CASES

**Directions:** Counsel must make a **docketing statement (civil/agency) filed** entry in CM/ECF within 14 days of docketing of the appeal, or within the due date set by the clerk's docketing notice, whichever is later. File with the entry the (1) docketing statement form with any extended answers and (2) any transcript order form. Parties proceeding pro se are not required to file a docketing statement. Opposing counsel who finds a docketing statement inaccurate or incomplete may file any objections within 10 days of service of the docketing statement using the ECF event-**docketing statement objection/correction filed**.

| | |
|---|---|
| **Appeal No. & Caption** | 24-1406; Michael T. Parker, et al. v. NewRez LLC |
| **Originating No. & Caption** | 8:20-cv-03851-ADC; Michael T. Parker, et al. v. NewRez LLC |
| **Originating Court/Agency** | U.S. District Court for the District of Maryland |

| **Jurisdiction** (answer any that apply) | | | |
|---|---|---|---|
| Statute establishing jurisdiction in Court of Appeals | 28 U.S.C. 1291 | | |
| Time allowed for filing in Court of Appeals | 30 days | | |
| Date of entry of order or judgment appealed | April 24, 2024 | | |
| Date notice of appeal or petition for review filed | May 4, 2024 | | |
| If cross appeal, date first appeal filed | N/A | | |
| Date of filing any post-judgment motion | N/A | | |
| Date order entered disposing of any post-judgment motion | N/A | | |
| Date of filing any motion to extend appeal period | N/A | | |
| Time for filing appeal extended to | N/A | | |
| Is appeal from final judgment or order? | | ● Yes | ○ No |
| If appeal is not from final judgment, why is order appealable? | | | |

| **Settlement** (The docketing statement is used by the circuit mediator in pre-briefing review and mediation conducted under Local Rule 33. Counsel may make a confidential request for mediation by calling the Office of the Circuit Mediator at 843-731-9099.) | | |
|---|---|---|
| Is settlement being discussed? | ○ Yes | ● No |

1/28/2020 SCC

| Transcript (transcript order must be attached if transcript is needed and not yet on file) | | |
|---|---|---|
| Is transcript needed for this appeal? | ○ Yes | ● No |
| Has transcript been filed in district court? | ○ Yes | ● No |
| Is transcript order attached? | ○ Yes | ● No |

| Case Handling Requirements (answer any that apply) | | |
|---|---|---|
| Case number of any prior appeal in same case | N/A | |
| Case number of any pending appeal in same case | N/A | |
| Identification of any case pending in this Court or Supreme Court raising similar issue | N/A | |
| | If abeyance or consolidation is warranted, counsel must file an appropriate motion. | |
| Is expedited disposition necessary? | ○ Yes | ● No |
| | If yes, motion to expedite must be filed. | |
| Is oral argument necessary? | ● Yes | ○ No |
| Does case involve question of first impression? | ● Yes | ○ No |
| Does appeal challenge constitutionality of federal or state statute in case to which federal or state government is not a party | ○ Yes | ● No |
| | If yes, notice re: challenge to constitutionality of law must be filed. | |

**Nature of Case** (Nature of case and disposition below. Attach additional page if necessary.)

Plaintiffs Michael T. Parker and Patrice Parker sued defendant NewRez LLC d/b/a Shellpoint Mortgage Servicing for statutory damages and other relief arising out of Shellpoint's imposition of certain home inspection fees onto their mortgage account in violation of Maryland's usury laws (Md. Code Com Law section 12-121). The Plaintiffs sought to represent a class of similarly situated persons. Shellpoint had represented to the Court (for purposes of removal) and to Maryland regulatory authorities that it had imposed thousands of illegal home inspection fees on Maryland mortgagors from 2014 through 2018 and beyond. The court below erroneously determined on summary judgment that the type of inspection fee imposed on the Parkers' account was not the type of fee made illegal by the statute. Before the court ruled on that issue, and while the motion for class certification was pending, Proposed Plaintiff/Intervenor Alice Mejia sought to intervene on behalf of herself and the class that was pled in the operative amended complaint and in the pending motion. Many of the inspection fees Shellpoint had imposed on Ms. Mejia's account were indisutably the type of home inspection fee that is deemed usurious by the Maryland statute. Nevertheless, the Court erroneously denied her motion to intervene as "moot" simultaneously upon the grant of summary judgment on the Parkers' claim.

**Issues** (Non-binding statement of issues on appeal. Attach additional page if necessary)

**Adverse Parties** (List adverse parties to this appeal and their attorneys; provide party's address if the party is not represented by counsel. Attach additional page if necessary.)

| Adverse Party: NewRez LLC | Adverse Party: |
|---|---|
| Attorney: Melissa O. Martinez<br>Address: McGuireWoods LLP<br>500 E. Pratt St., Suite 1000<br>Baltimore, MD 21202 | Attorney:<br>Address: |
| E-mail: mmartinez@mcguirewoods.com | E-mail: |
| Phone: (410) 659-4432 | Phone: |

**Adverse Parties (continued)**

| Adverse Party: NewRez LLC | Adverse Party: |
|---|---|
| Attorney: Brian E. Pumphrey<br>Address: McGuireWoods LLP<br>800 E. Canal St.<br>Richmond, VA 23219 | Attorney:<br>Address: |
| E-mail: bpumphrey@mcguirewoods.com | E-mail: |
| Phone: (804) 775-7745 | Phone: |

**Appellant** (Attach additional page if necessary.)

| | |
|---|---|
| Name: M. Parker, P. Parker, A. Mejia<br><br>Attorney: Phillip R. Robinson<br>Address: Consumer Law Center LLC<br>10125 Colesville Rd., Suite 378<br>Silver Spring, MD 20901<br><br>E-mail: phillip@marylandconsumer.com<br><br>Phone: (301) 448-1304 | Name: M. Parker, P. Parker, A. Mejia<br><br>Attorney: Thomas J. Minton<br>Address: Goldman & Minton, P.C.<br>3600 Clipper Mill Rd., Suite 201<br>Baltimore, MD 21211<br><br>E-mail: tminton@charmcitylegal.com<br><br>Phone: (410) 783-7575 |

**Appellant (continued)**

| | |
|---|---|
| Name: M. Parker, P. Parker, A. Mejia<br><br>Attorney: Scott C. Borison<br>Address: Borison Firm LLC<br>1400 S. Charles St.<br>Baltimore, MD 21230<br><br>E-mail: scott@borisonfirm.com<br><br>Phone: (310) 620-1016 | Name:<br><br>Attorney:<br>Address:<br><br><br><br>E-mail:<br><br>Phone: |

Signature: /S/ Thomas J. Minton     Date: 5/15/2024

Counsel for: Appellants

**Certificate of Service** *(required for parties served outside CM/ECF)*: I certify that this document was served on __all counsel__ by ☐ personal delivery; ☐ mail; ☐ third-party commercial carrier; or ☑ email (with written consent) on the following persons at the addresses or email addresses shown:

mmartinez@mcguirewoods.com
bpumphrey@mcguirewoods.com

Signature: /S/ Thomas J. Minton     Date: 5/15/2024