UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT
1100 East Main Street, Suite 501, Richmond, Virginia 23219

May 15, 2024

_____

No. 24-1406
(8:20-cv-03581-ADC)

_____

MICHAEL T. PARKER; PATRICE PARKER

        Plaintiffs - Appellants

and

ALICE MEJIA

        Proposed Intervenor/Plaintiff - Appellant

v.

NEWREZ LLC, d/b/a Shellpoint Mortgage Servicing

        Defendant - Appellee

and

GOLDMAN SACHS MORTGAGE COMPANY LIMITED PARTNERSHIP

        Defendant

_____

AMENDED CAPTION NOTICE

_____

TO: Counsel and Parties

The caption of this appeal has been amended as shown above. If additional corrections or modifications are needed for the caption, please file a motion to amend the caption.

Anisha Walker, Deputy Clerk
804-916-2704