**UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT**

1100 East Main Street, Suite 501, Richmond, Virginia 23219

May 21, 2024

_____

No. 24-1406
(8:20-cv-03581-ADC)

_____

MICHAEL T. PARKER; PATRICE PARKER

       Plaintiffs - Appellants

and

ALICE MEJIA

       Proposed Intervenor/Plaintiff - Appellant

v.

NEWREZ LLC, d/b/a Shellpoint Mortgage Servicing

       Defendant - Appellee

and

GOLDMAN SACHS MORTGAGE COMPANY LIMITED PARTNERSHIP

       Defendant

_____

AMENDED CAPTION NOTICE

_____

TO: Counsel and Parties

Upon consideration of the docketing statement correction notice filed by appellants, the caption of this appeal has been amended as shown above. No further corrections or modifications to the case caption will be made absent the filing of a motion to amend the caption.

Anisha Walker, Deputy Clerk
804-916-2704